# First District Court of Appeal
## State of Florida

_____

No. 1D2025-0246

_____

1898, LLC, et al.,

Appellants,

v.

Skanska USA Civil Southeast,
Inc., and Skanska USA Civil,
Inc.,

Appellees.

_____

On appeal from the Circuit Court for Escambia County.
Jan Shackelford, Jennifer J. Frydrychowicz, and Amy P.
Brodersen, Judges.

July 31, 2026

Per Curiam.

AFFIRMED.

Roberts, Ray, and Treadwell, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

E. Samuel Geisler, D. Nicole Guntner, and Stephen H. Echsner of Aylstock, Witkin, Kreis & Overholtz, PLLC, Pensacola; Thomas F. Gonzalez of Phelps Dunbar LLP, Pensacola; T. Shane Rowe of Emmanuel Sheppard & Condon, Pensacola; Joseph A. Zarzaur of Zarzaur Law, P.A., Pensacola; Brian H. Barr of Levin, Papantonio, Proctor, Buchanan, O'Brien, Barr & Mougey, P.A., Pensacola, for Appellants.

D. Bailey Howard and Trevor A. Thompson of Clark Partington, Tallahassee; Scott A. Remington, Jeremy C. Branning, and Andrew K. Spencer of Clark Partington, Pensacola; Mihaela Cabulea of Butler Weihmuller Katz Craig LLP, Tampa; Harold K. Watson, pro hac vice, and Kenneth H. Tribuch of Chaffe McCall, LLP, Houston, Texas, for Appellees.